# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 12 CIV 3508

Date Filed: 1/10/2013

Plaintiff:
**Franklin Stainless Corp.**

vs.

Defendant:
**Select Stainless, LLC**

For:
Edwards Wildman Palmer, LLP
750 Lexington Avenue
New York, NY  10022

Received by Reynolds Professional Services, Inc. on the 11th day of January, 2013 at 11:13 am to be served on **Select Stainless, L.L.C., 11145 Monroe Road, Matthews, NC 28105**.

I, Wendy L. Henrich, being duly sworn, depose and say that on the **11th day of January, 2013** at **3:22 pm, I**:

served an AUTHORIZED entity by delivering a true copy of the **Plaintiff Franklin Stainless Corp's Statement in Advance of Inquest with Respect to Damages Claimed**, to: **Ben Williams** as **Registered Agent** at the address of: **11145 Monroe Road, Matthews, NC 28105**, who stated they are authorized to accept service for **Select Stainless, L.L.C.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: M,  Race/Skin Color: White,  Height: 5'10",  Weight: 175,  Hair: Black,  Glasses: N

I certify that I am over the age of 21 and a resident of North Carolina and not a party to the action.

Subscribed and Sworn to before me on the 14th day of January, 2013 by the affiant who is personally known to me.

_Ruth Reynolds_
NOTARY PUBLIC

_Wendy L. Henrich_
Wendy L. Henrich
Process Server

Reynolds Professional Services, Inc.
Po Box 18585
Charlotte, NC 28218-0585
(704) 338-1775

Our Job Serial Number: REY-2013000057